NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BERNARD HOUNAKEY,<br><br>Defendants. | Criminal No.: 08-529 (JLL)<br><br><br><br>**ORDER** |

Please be advised that Defendant, Bernard Hounakey's sentencing has been rescheduled for **Wednesday, March 11, 2009,** at **11:00 a.m.**

**IT IS SO ORDERED.**

Dated: January 13, 2009

Jose L. Linares
United States District Judge